# United States Court of Appeals
## For the First Circuit

---

No. 07-1293

UNITED STATES OF AMERICA,

Appellee,

v.

ANTHONY LIPSCOMB,

Defendant, Appellant.

---

ERRATA SHEET

The opinion of this Court issued on August 21, 2008, is amended as follows:

On p.7, ll. 3-4:  Insert "denial of the" after "the district court's"